UTICA CITY NATIONAL BANK and others, *Respondents, v.* CATHERINE M. DORING and others, *Appellants.* — So much of the judgment appealed from as declares void and sets aside the four judgments in favor of the defendant Sylvester Doring, as committee,

etc., is reversed and a new trial ordered as to the issues respecting said judgments, with costs to abide event, and the residue of the judgment appealed from affirmed, with costs as against the defendants other than the said committee. Opinion by BARKER, J.; dissenting opinion by HARDIN, J.